Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:  (510) 238-3601
Facsimile:  (510) 238-6500

Attorneys for Defendants JON MADARANG, STEVE HEWISON,
, RICHARD WORD, CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT and
specially appearing for Defendant KEITH BATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>    Plaintiff,<br>   vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:  C 06 2340 MJJ<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**   and ORDER<br><br>**Civil Local Rule 6-1(a)** |

1

STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc Fishman of the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE HEWISON, KEITH BATT, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot, also specially appearing on behalf of Defendant KEITH BATT, hereby agree and stipulate as follows:

Plaintiff filed his complaint on April 3, 2006 and his first amended complaint on Tuesday April 25, 2006. All defendants, and each of them, have authorized attorney Gregory M. Fox to accept service of the first amended complaint on each of their individual behalf. Said service of the first amended complaint on all defendants having been accomplished by service on Mr. Fox on or before April 28, 2006 the parties, acting by and through their respective legal counsel, stipulate that the defendants, and each of them, will file and serve their responsive pleadings to the first amended complaint on or before Friday, May 19, 2006.

SO STIPULATED.

Dated: May 3, 2006                    BERTRAND, FOX & ELLIOT


                                      By: _____/s/_____
                                          GREGORY M. FOX
                                          Attorneys for Defendants JON MADARANG,
                                          STEVE HEWISON,, RICHARD WORD, CITY OF
                                          OAKLAND and OAKLAND POLICE DEPARTMENT
                                          and specially appearing for Defendant KEITH BATT



Dated: May 3, 2006                    LAW OFFICES OF EDWARD MARC FISHMAN


                                      By: _____/s/_____
                                          EDWARD MARC FISHMAN
                                          Attorneys for Plaintiff, MATTHEW HORNUNG

---
2

STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 3, 2006

By: _____/s/_____
Gregory M. Fox
Bertrand, Fox & Elliot

5/10/2006

*IT IS SO ORDERED*
*[signature]*
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3

STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES