Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants JON MADARANG, STEVE HEWISON,
, RICHARD WORD, CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT and
specially appearing for Defendant KEITH BATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>              Plaintiff,<br><br>      vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.:  C 06 2340 MJJ<br><br>**SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**  and ORDER<br><br>**Civil Local Rule 6-1(a)** |

1

SECOND STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1  Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc
2  Fishman of the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE
3  HEWISON, KEITH BATT, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE
4  DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot,
5  and Mr. Fox also specially appearing on behalf of Defendant KEITH BATT, hereby agree and
6  stipulate as follows:

   Plaintiff filed his complaint on April 3, 2006 and his first amended complaint on Tuesday April 25, 2006.  All defendants, and each of them, authorized attorney Gregory M. Fox to accept service of the first amended complaint on each of their individual behalf.  Said service of the first amended complaint on all defendants was accomplished by service on Mr. Fox on or before April 28, 2006.  The parties, acting by and through their attorneys, stipulated that defendants' time to respond to the first amended complaint be extended to Friday, May 19, 2006.  The Court ordered the stipulation.

   Because of the complexity of the pleadings, especially regarding the naming of defendant BATT in both his individual capacity as well as his official capacity as an officer of the Pleasanton Police Department (the City of Pleasanton and its Police Department are not named as defendants) complications have arisen regarding the representation of defendant BATT.  The parties, acting by and through their respective legal counsel, are meeting and conferring on the issues and because additional time is necessary to resolve these issues the parties stipulate that the defendants, and each of them, will file and serve their responsive pleadings to the first amended complaint on or before Friday, June 2, 2006.   This extension is approximately 30 days from the date of service of the first amended complaint on the defendants.

   SO STIPULATED.

---

2

SECOND STIPULATION  EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

Dated: May 18, 2006     BERTRAND, FOX & ELLIOT

By: _____/s/_____
GREGORY M. FOX
Attorneys for Defendants JON MADARANG,
STEVE HEWISON,, RICHARD WORD, CITY OF
OAKLAND and OAKLAND POLICE DEPARTMENT
and specially appearing for Defendant KEITH BATT

Dated: May 18, 2006     LAW OFFICES OF EDWARD MARC FISHMAN

By: _____/s/_____
EDWARD MARC FISHMAN
Attorneys for Plaintiff, MATTHEW HORNUNG

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 18, 2006

By: _____/s/_____
Gregory M. Fox
Bertrand, Fox & Elliot

5/24/2006

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

SECOND STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES