```
 1  Gregory M. Fox, State Bar No. 070876
    Nancy A. Huneke, State Bar No. 114973
 2  BERTRAND, FOX & ELLIOT
    The Waterfront Building
 3  2749 Hyde Street
    San Francisco, California 94109
 4  Telephone:    (415) 353-0999
    Facsimile:    (415) 353-0990
 5
    John A. Russo, City Attorney, State Bar No. 129779
 6  Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
    OFFICE OF THE CITY ATTORNEY
 7  CITY OF OAKLAND
    One Frank Ogawa Plaza, Sixth Floor
 8  Oakland, California  94612
    Telephone:    (510) 238-3601
 9  Facsimile:    (510) 238-6500
10
    Attorneys for Defendants JON MADARANG, STEVE HEWISON,
11  , RICHARD WORD, CITY OF OAKLAND and
    OAKLAND POLICE DEPARTMENT and
12  specially appearing for Defendant KEITH BATT
13
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>        Plaintiff,<br><br>   vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.:   C 06 2340 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND NEW  HEARING DATE RE: DEFENDANTS MOTION TO DISMISS PER FRCP 12(b)(6) AND  DEFENDANT BATT'S SPECIAL MOTION TO STRIKE UNDER CAL. CODE OF CIV. PROC. SECTION 425.16** |

1   IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the hearing on defendants motions to dismiss pursuant to F.R.C.P. 12(b)(6) presently scheduled for hearing on August 28, 2006, and defendant Keith Batt's special motion to strike the eighth and ninth causes of action of plaintiff Matthew Hornung's first amended complaint under California Code of Civil Procedure Section 425.16, presently scheduled for hearing on August 7, 2006, shall be continued to 10:00 am Monday October 30, 2006.  Plaintiff's opposition to both motions shall be filed and served on or before Monday, August 21, 2006 and defendants reply to both motions shall be filed and served on or before Monday September 25, 2006.  The parties further agree and stipulate that with regards to defendant Batt's motion to strike that this continued hearing date shall occur after the 30 day hearing deadline specified in C.C.P. Section 425.16(f).  The parties further knowingly agree to waive any defects or objections they may have to the hearing date occurring beyond the 30 day limit set forth in Section 425.16(f).

Good cause exists for this revised briefing schedule and new hearing date because of the existing trial conflicts and other conflicts that exist with regards to the calendars for both plaintiff's and defendants attorneys.   Additional time is also necessary to allow new counsel for defendant Batt to file an appearance and begin preparation for his defense of the case.

IT IS SO STIPULATED.

Dated:  July 6, 2006                                             BERTRAND, FOX & ELLIOT

                                                                         By:  _____/s/_____
                                                                             GREGORY M. FOX
                                                                             Attorneys for Defendants JON MADARANG,
                                                                             STEVE HEWISON,, RICHARD WORD, CITY OF
                                                                             OAKLAND and OAKLAND POLICE DEPARTMENT
                                                                             and specially appearing for Defendant KEITH BATT

Dated: July 6, 2006                                              LAW OFFICES OF EDWARD MARC FISHMAN

                                                                         By:  _____/s/_____
                                                                             EDWARD MARC FISHMAN
                                                                             Attorneys for Plaintiff, MATTHEW HORNUNG

**ORDER**

Pursuant to the above stipulation of the parties, it is hereby ordered that the hearing on defendants Motion to dismiss pursuant to F.R.C.P. 12(b)(6) and defendant Keith Batt's special motion to strike the eighth and ninth causes of action of plaintiff Matthew Hornung's first amended complaint under California Code of Civil Procedure Section 425.16 shall be, and hereby are, continued from August 7, and August 28, 2006 to 10:00 am Monday, October 30, 2006. The stipulated briefing schedule is ordered pursuant to the agreement of the parties. The parties further stipulation re knowing waiver of the time limits for a hearing as set forth in Code of Civil Procedure 425 (16)(f) is further ordered.

IT IS SO ORDERED.



07/18/06                                     U.S. District Court Judge

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: July 6, 2006

_____/s/_____
GREGORY M. FOX