1  Gregory M. Fox, State Bar No. 070876
   Nancy A. Huneke, State Bar No. 114973
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:     (415) 353-0999
   Facsimile:     (415) 353-0990
5
   John A. Russo, City Attorney, State Bar No. 129779
6  Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
7  OFFICE OF THE CITY ATTORNEY
   CITY OF OAKLAND
8  One Frank Ogawa Plaza, Sixth Floor
   Oakland, California  94612
9  Telephone:     (510) 238-3601
   Facsimile:     (510) 238-6500
10
11 Attorneys for Defendants JON MADARANG, STEVE HEWISON,
   , RICHARD WORD, CITY OF OAKLAND and
12 OAKLAND POLICE DEPARTMENT

13                     UNITED STATES DISTRICT COURT
14                     NORTHERN DISTRICT OF CALIFORNIA
15

16 | MATTHEW HORNUNG, | Case No.:   C 06 2340 TEH |
17 |       Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE OPPOSITION BRIEF RE: DEFENDANTS MOTIONS TO DISMISS** |
   | vs. | |
18 | JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive, | |
   |       Defendants. | |

Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc

1

STIPULATION EXTENDING PLAINTIFF'S TIME
TO FILE OPPOSITION BRIEFS TO DEFENDANTS MOTIONS TO DISMISS AND STRIKE

1  Fishman of the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE
2  HEWISON, KEITH BATT, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE
3  DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot,
4  and  KEITH BATT, by and through his counsel of record, Geoffrey A. Beaty of Rankin, Sproat,
5  Mires, Beaty & Reynolds, hereby agree and stipulate as follows:

     The parties had previously agreed upon a stipulated briefing schedule regarding defendants Motion to Dismiss and Motion to Strike which was ordered by the Court.  Plaintiff's opposition to both motions was scheduled to be filed Monday, August 21, 2006.  Plaintiff's counsel has been in trial and has requested one additional week to file and serve his opposition briefs.  Defendants, acting by and through their attorneys of record, agree to this reasonable extension.

     THEREFORE, the parties have agreed and stipulate that plaintiff's time to file and service his opposition to defendants Motion to Dismiss and Motion to Strike be extended to Monday, August 28, 2006 and respectfully request that the Court Order this stipulation and thereby modify its previous Order re: Briefing Schedule and Hearing Date.  All other dates already so ordered to remain unchanged.

     SO STIPULATED.

Dated: August 17, 2006                   BERTRAND, FOX & ELLIOT

                                        By: _____/s/_____
                                             GREGORY M. FOX
                                             Attorneys for Defendants JON MADARANG,
                                             STEVE HEWISON,, RICHARD WORD, CITY OF
                                             OAKLAND and OAKLAND POLICE DEPARTMENT

STIPULATION EXTENDING PLAINTIFF'S TIME
TO FILE OPPOSITION BRIEFS TO DEFENDANTS MOTIONS TO DISMISS AND STRIKE

Dated: August 17, 2006                    LAW OFFICES OF EDWARD MARC FISHMAN

By: _____/s/_____
EDWARD MARC FISHMAN
Attorneys for Plaintiff, MATTHEW HORNUNG

Dated:  August 17, 2006                    RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: _____/s/_____
GEOFFREY A. BEATY
Attorney for Defendant KEITH BATT

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: August 17, 2006

By: _____/s/_____
Gregory M. Fox
Bertrand, Fox & Elliot

**ORDER**

Good cause appearing the Stipulation is So Ordered.

Dated:   August  21 , 2006

_____
Honorable Thelton E. Henderson
District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]