LAW OFFICES OF EDWARD MARC FISHMAN
EDWARD MARC FISHMAN (S.B.N. 154883)
edwardmarcfishman@sbcglobal.net
REBECCA L. MANN (S.B.N. 183751)
rebeccalmann@sbcglobal.net
7147 Burnett Street
Sebastopol, CA 95472
Telephone: (707) 823-8782
Fax: (707) 823-5975

Attorney for Plaintiff MATTHEW HORNUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW HORNUNG,

         Plaintiff,

vs.

JON MADARANG; STEVE HEWISON;
KEITH BATT; RICHARD WORD; CITY
OF OAKLAND; OAKLAND POLICE
DEPARTMENT; and DOES 1 through 50,
inclusive,

         Defendants.
_____/

Case No. C 06 2340 TEH

**STIPULATION AND [PROPOSED]
ORDER DISMISSING THE EIGHTH
AND NINTH CLAIMS IN PLAINTIFF S
FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that

the Eighth Claim for Defamation Based on Slander and the Ninth Claim for Violation of Civil Code

§47.5   each against Defendant Keith Batt only   in Plaintiff s First Amended Complaint, be

dismissed without prejudice.

        The parties further hereby stipulate that each party will pay their own attorneys fees and costs

in relation to the dismissal of said claims.

        Additionally, the currently pending Motion to Strike the 8th and 9th Claims (filed on June 23,

2006, and set for hearing on October 30, 2006) is hereby dropped, with each party to bear their own

costs and attorney s fees incurred with regard to the Motion to Strike.

_____

1   IT IS SO STIPULATED.

2   Dated: August 28, 2006                LAW OFFICES OF EDWARD MARC FISHMAN

3

4                                          By: _____/s/_____
                                              EDWARD MARC FISHMAN,
5                                             Attorneys for Plaintiff, MATTHEW HORNUNG

6

7   Dated: August 28, 2006                BERTRAND, FOX & ELLIOT

8

9                                          By: _____/s/_____
                                              GREGORY M. FOX,
10                                            Attorneys for Defendants JON MADARANG,
                                              STEVE HEWISON, RICHARD WORD, CITY OF
11                                            OAKLAND and OAKLAND POLICE
                                              DEPARTMENT and specially appearing for Defendant
12                                            KEITH BATT

13

14  Dated: August 28, 2006                RANKIN SPROAT MIRES BEATY & REYNOLDS

15

16                                         By: _____/s/_____
                                              GEOFFREY BEATY,
17                                            Attorneys for Defendant KEITH BATT

18

19

20                                      **<u>ORDER</u>**

21  Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that the Eighth Claim

22  for Defamation Based on Slander and the Ninth Claim for Violation of Civil Code §47.5   each

23  against Defendant Keith Batt only   in Plaintiff's First Amended Complaint, be dismissed without

24  prejudice.

25          IT IS HEREBY FURTHER ORDERED that each party will pay their own attorneys fees and

26  costs in relation to the dismissal of the Eighth and Ninth claims.

27  _____

28  **Stipulation and [Proposed] Order Dismissing the Eighth and Ninth Claims
    in Plaintiff's First Amended Complaint**

1    IT IS HEREBY FURTHER ORDERED that the currently pending Motion to Strike the 8th

2  and 9th claims (filed on June 23, 2006, and set for hearing on October 30, 2006) is hereby dropped,

3  with each party to bear their own costs and attorneys fees incurred with regard to the Motion to

4  Strike.

5  IT IS SO ORDERED.

6

7                    Dated: 8/29/06

8                                                    _____
                                                     Thelton E. Henderson,
                                                     U.S. District Court Judge
9

10                          **ATTORNEY ATTESTATION**

11

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

13   conformed  signature (/s/) within this E-filed document.

14

15  Dated: August 28,  2006              LAW OFFICES OF EDWARD MARC FISHMAN

16

17                          By:  _____/s/_____

18                               EDWARD MARC FISHMAN
                                 Attorneys for Plaintiff, MATTHEW HORNUNG

19

20

21

22

23

24

25

26  Stipulation and [Proposed] Order Dismissing the Eighth and Ninth Claims

27  i n i n    P l i n    P l a i n t i f f s    F i r s i n    P l a i n t i f f s

28