Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California  94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants JON MADARANG, STEVE HEWISON,
 RICHARD WORD, CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>          Plaintiff,<br>     vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.:   C 06 2340 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT, DEFENDANTS RESPONSIVE PLEADING , INITIAL CASE MANAGEMENT CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE LARSON FOR SETTLEMENT CONFERENCE.** |

          Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc

1

Fishman of the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE HEWISON, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot, and KEITH BATT, by and through his counsel of record, Geoffrey A. Beaty of Rankin, Sproat, Mires, Beaty & Reynolds, hereby agree and stipulate as follows:

Following the Court's Order dated November 2, 2006, Granting in Part and Dismissing in Part defendants Motion to Dismiss pursuant to F.R.C.P. 12(b) 6, the plaintiff filed his Second Amended Complaint on or before November 30, 2006.   The parties met and conferred regarding certain allegations in the Second Amended Complaint and defendants agreed to provide plaintiff's counsel with legal authority supporting defendants' contentions that said allegations should be dismissed.   Plaintiff's counsel is now reviewing said legal authorities and based on said review has indicated that he will be filing a Third Amended Complaint.    On information and belief the defendants, and each of them, believe that with the filing of the Third Amended Complaint they will file their respective answers and the case will be ready for its Initial Case Management Conference.  The parties also agreed that it would be appropriate for the Court to refer the matter to Magistrate Judge James Larson for an early settlement conference.  Therefore the parties respectfully request the Court to approve the following Stipulation:

1. Plaintiff will file his Third Amended Complaint on or before Friday January 19, 2007;
2. Defendants, and each of them, will file their Answers to the Third Amended Complaint on or before Friday January 26, 2007;
3. The Initial Case Management Conference will be held March 12, 2007 at 1:30 p.m.;
4. A Joint Case Management Conference Statement will be filed on March 5, 2007.
5. The matter is referred to Magistrate Judge James Larson for an early Settlement Conference.
6. The parties will meet and confer on a procedure and schedule for initial disclosures, discovery, motions and trial and provide to the Court their recommendations as part of the Joint Case Management Conference Statement.

STIPULATION Re: Filing of Third Amended Complaint, Answer, CMC.

SO STIPULATED.

Dated: January 11, 2007                    BERTRAND, FOX & ELLIOT


                                           By:          /s/
                                              GREGORY M. FOX
                                              Attorneys for Defendants JON MADARANG,
                                              STEVE HEWISON,, RICHARD WORD, CITY OF
                                              OAKLAND and OAKLAND POLICE DEPARTMENT


Dated: January 15, 2007                    LAW OFFICES OF EDWARD MARC FISHMAN


                                           By:          /s/
                                              EDWARD MARC FISHMAN
                                              Attorneys for Plaintiff, MATTHEW HORNUNG


Dated:  January 12, 2007                   RANKIN, SPROAT, MIRES, BEATY & REYNOLDS


                                           By:          /s/
                                              GEOFFREY A. BEATY
                                              Attorney for Defendant KEITH BATT


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated:    January 11, 2007

                                           By:          /s/
                                              Gregory M. Fox
                                              Bertrand, Fox & Elliot

STIPULATION Re: Filing of Third Amended Complaint, Answer, CMC.

1
2                                          **ORDER**
3
4        Good cause appearing the Stipulation is So Ordered.
5
6    Dated:   January  __17__, 2007
7                                          _____
8                                          Honorable Thelton E. Henderson
                                           United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                       4
           STIPULATION Re: Filing of Third Amended Complaint, Answer, CMC.