Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California  94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants JON MADARANG, STEVE HEWISON,
RICHARD WORD, CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____ / | Case No. C 06 2340 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE DATED MARCH 12, 2007, TO ALLOW MORE TIME FOR SETTLEMENT CONFERENCE.** |

---

1
STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE

1  Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc Fishman of
2  the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE
3  HEWISON, KEITH BATT, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE
4  DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and
5  Elliot, and KEITH BATT, by and through his counsel of record, Geoffrey A. Beaty of Rankin,
6  Sproat, Mires, Beaty & Reynolds, hereby agree and stipulate as follows:

7       The parties are working with Magistrate Judge Larson to schedule a settlement conference.
8  A settlement conference had been scheduled for March 16, 2007, but this matter was recently
9  assigned to a new representative for the City's insurance carrier. The new representative has
10 requested more time to review and analyze the case to allow for a meaningful settlement conference.
11 Because of this development counsel for the City of Oakland has requested and the parties have
12 agreed to reschedule the settlement conference to a date mutually convenient to Judge Larson and the
13 parties. The parties are also in agreement that the initial case management conference should be
14 rescheduled to a mutually convenient date for the Court and the parties to allow time for the initial
15 settlement conference.

16      THEREFORE, the parties have agreed and stipulate to a proposed order that continues the
17 March 12, 2007, case management conference to Monday, May 21, 2007. A joint statement will be
18 filed by Monday, May 14, 2007. The parties respectfully request that the Court Order this stipulation
19 and thereby modify its previous Order re: Initial Case Management Conference. The parties have
20 agreed to defer initial disclosures, formal discovery or additional motions pending the initial case
21 management conference.

22 SO STIPULATED.

23 Dated: March 5, 2007                    BERTRAND, FOX & ELLIOT

                                           By: _____/s/_____
                                               GREGORY M. FOX
                                               Attorneys for Defendants JON MADARANG,
                                               STEVE HEWISON,, RICHARD WORD, CITY OF
                                               OAKLAND and OAKLAND POLICE DEPARTMENT

---

2
STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: March 5, 2007 | LAW OFFICES OF EDWARD MARC FISHMAN |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | EDWARD MARC FISHMAN<br>Attorneys for Plaintiff, MATTHEW HORNUNG |
| 5 | | |
| 6 | Dated:  March 5, 2007 | RANKIN, SPROAT, MIRES, BEATY & REYNOLDS |
| 7 | | |
| 8 | | By: _____/s/_____<br>GEOFFREY A. BEATY<br>Attorney for Defendant KEITH BATT |

10  ATTORNEY ATTESTATION

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12  "conformed" signature (/s/) within this E-filed document.

13  Dated:  March 5, 2007

15  By: _____/s/_____
    GREGORY M. FOX
    Bertrand, Fox & Elliot

17  **ORDER**

18  Good cause appearing the Stipulation is So Ordered.

20  Dated:   March  _6_ , 2007

    _____
    Hon. Thelton E. Henderson
    United States District Court Judge

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
    [Signature stamp: Judge Thelton E. Henderson]

---