LAW OFFICES OF

# BERTRAND, FOX & ELLIOT

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| THOMAS F. BERTRAND | THE WATERFRONT BUILDING | TELECOPIER: (415) 353-0990 |
| GREGORY M. FOX | 2749 HYDE STREET | |
| EUGENE B. ELLIOT | SAN FRANCISCO, CALIFORNIA 94109 | OF COUNSEL |
| DANA L. SOONG | TELEPHONE: (415) 353-0999 | NANCY A. HUNEKE |
| RICHARD W. OSMAN | E-Mail: bfesf@bfesf.com | ARLENE HELFRICH |
| MICHAEL C. WENZEL | | RICHARD E. HAMMOND |
| HELEN M. KIM | | |
| CHRISTINE LEE | | |

March 9, 2007



Magistrate Judge James Larson
United States District Court of California
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re: ***Hornung v. Jon Madarag (City of Oakland), et al.***
U.S. District Court Case No. C 06 2340 TEH
Our File No.: OAK 4047

Dear Judge Larson:

All parties have met and conferred and May 22, 2007 at 10:00 a.m. is a mutually convenient date for the Mandatory Settlement Conference in this case. We will submit our statements per your order one week before the conference. Your staff indicated this date was good for your calendar as well.

Very truly yours,

BERTRAND, FOX & ELLIOT

By: _____
Gregory M. Fox

GMF/jt

cc: Ed Fishman, Esq.
Geoff Beaty, Esq.
Randolph Hall, Esq.
Susan M. Mongillo