LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
DANA L. SOONG
RICHARD W. OSMAN
MICHAEL C. WENZEL
HELEN M. KIM
CHRISTINE LEE

THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: bfesf@bfesf.com

TELECOPIER: (415) 353-0990

OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND

May 17, 2007

BY HAND DELIVERY TO CHAMBERS

**RECEIVED**
MAY 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge James Larson
United States District Court of California
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

**FILED**
MAY 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: *Hornung v. Jon Madarag (City of Oakland), et al.*
U.S. District Court Case No. C 06 2340 TEH
Our File No.: OAK 4047

Dear Judge Larson:

As in the past we respectfully request that because of the nature of this case and the fact that multiple representatives of the City will be present to discuss settlement issues and with full authority that the individual named defendants do not have to be physically present during the settlement conference. This would include Richard Word who is now employed by the City of Vacaville as Chief of Police, Keith Batt who is now employed by Pleasanton PD and Steve Hewison and Jon Madarang who continue to be employed by the City of Oakland.

Thank you for your consideration of this request. If you have any questions or comments please contact me immediately at 415 353 0999 ext 11.

Very truly yours,

BERTRAND, FOX & ELLIOT

By: _____
Gregory M. Fox

GMF/jt

cc: Ed Fishman, Esq.
    Geoff Beaty, Esq.
    Randolph Hall, Esq.
    Susan M. Mongillo

SO ORDERED
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE