1 | Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
2 | BERTRAND, FOX & ELLIOT
The Waterfront Building
3 | 2749 Hyde Street
San Francisco, California 94109
4 | Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California  94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants JON MADARANG, STEVE HEWISON,
, RICHARD WORD, CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>          Plaintiff,<br>vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.:   C 06 2340 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE  TO AUGUST 27, 2007** |

Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc

1

STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE

1  Fishman of the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE
2  HEWISON, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT,
3  by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot, and  KEITH
4  BATT, by and through his counsel of record, Geoffrey A. Beaty of Rankin, Sproat, Mires, Beaty &
5  Reynolds, hereby agree and stipulate as follows:
6       The parties have agreed and stipulate to a proposed order that continues the June 11, 2007
7  case management conference to Monday August 27, 2007.  A joint statement will be filed by Monday
8  August 20, 2007.  Good cause exists for this continuance in that counsel for plaintiff Batt in the
9  related case of Batt v City of Oakland C06-2340 TEH  was unable to appear for the June 11, 2007
10  case management conference and the next best mutually available date for all parties in both cases is
11  August 27, 2007.  Also the parties in the above captioned matter have been working with Magistrate
12  Judge Larson on a probable but complicated  settlement of the case and will hopefully have the final
13  details of that settlement achieved within the next 30 days.  Therefore additional time also provides
14  the parties additional time to address settlement issues.
15       SO STIPULATED.

17  Dated: June 8, 2007                              BERTRAND, FOX & ELLIOT

19                                                   By:             /s/
20                                                        GREGORY M. FOX
                                                          Attorneys for Defendants JON MADARANG,
21                                                        STEVE HEWISON,, RICHARD WORD, CITY OF
                                                          OAKLAND and OAKLAND POLICE DEPARTMENT

23  Dated:  June 8, 2007                             LAW OFFICES OF EDWARD MARC FISHMAN

25                                                   By:             /s/
26                                                        EDWARD MARC FISHMAN
                                                          Attorneys for Plaintiff, MATTHEW HORNUNG

2

STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE

Dated:  June 9, 2007                                      RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

                                          By:              /s/
                                                GEOFFREY A. BEATY
                                                Attorney for Defendant KEITH BATT

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated:  June 11, 2007

                                          By:              /s/
                                                Gregory M. Fox
                                                Bertrand, Fox & Elliot

**ORDER**

Good cause appearing the Stipulation is So Ordered.

Dated:  June  12 , 2007

                                                Honorable Thelton E. Henderson
                                                United States District Court Judge

3

STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE