```
Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

John A. Russo, City Attorney, State Bar No. 129779
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, Sixth Floor
Oakland, California  94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants JON MADARANG, STEVE HEWISON,
 RICHARD WORD, CITY OF OAKLAND and
OAKLAND POLICE DEPARTMENT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HORNUNG,<br><br>                Plaintiff,<br>       vs.<br><br>JON MADARANG, individually, and in his capacity as a Police Officer with the City of Oakland; STEVE HEWISON, individually and in his capacity as a Police Officer with the City of Oakland; KEITH BATT, individually and in his capacity as a Police Officer with the City of Pleasanton; RICHARD WORD, individually and in his capacity as the Chief of Police for the City of Oakland Police Department; CITY OF OAKLAND; OAKLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.:   C 06 2340 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Plaintiff MATTHEW HORNUNG, by and through his counsel of record Edward Marc

Fishman of the Law Offices of Edward Marc Fishman, and Defendants JON MADARANG, STEVE HEWISON, RICHARD WORD, CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT, by and through their counsel of record Gregory M. Fox of Bertrand, Fox and Elliot, and KEITH BATT, by and through his counsel of record, Geoffrey A. Beaty of Rankin, Sproat, Mires, Beaty & Reynolds, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties acting by and through their designated counsel that the above-captioned action, Hornung v. Madarang et. al, C06-2340 TEH, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) pursuant to the Settlement Agreement and Full and Final Release Of All Claims ("Agreement") entered into between the parties and executed by plaintiff on June 2, 2007, including Attachment A to said Agreement, and plaintiff's three letters dated June 14, 2008 (1) to defense counsel Gregory Fox re: Attachment A, (2) to the City of Oakland's Directors of Personnel and Employee Relations re: dismissal of plaintiff's appeal, and (3) to the California Court of Appeal and Alameda County Superior Court re: notice of dismissal of plaintiff's appeal. All of said referenced documents are incorporated herein as though fully set forth herein. Each side to bear their own fees and costs.

SO STIPULATED.

Dated: June 26, 2007                          BERTRAND, FOX & ELLIOT


By:  _____/s/_____
GREGORY M. FOX
Attorneys for Defendants JON MADARANG,
STEVE HEWISON,, RICHARD WORD, CITY OF
OAKLAND and OAKLAND POLICE DEPARTMENT

| | | |
|---|---|---|
| 1 | Dated: June 14, 2007 | LAW OFFICES OF EDWARD MARC FISHMAN |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | EDWARD MARC FISHMAN<br>Attorneys for Plaintiff, MATTHEW HORNUNG |

Dated: June 26, 2007                RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: _____/s/_____
GEOFFREY A. BEATY
Attorney for Defendant KEITH BATT

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: June 26, 2007

By: _____/s/_____
Gregory M. Fox
Bertrand, Fox & Elliot

**ORDER**

Good cause appearing the Stipulation is So Ordered. The entire action is dismissed with prejudice. Each side to bear their own fees and costs.

Dated: June __26__, 2007

_____
Thelton E. Henderson
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*